

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

November 3, 2021



**VIA ECF & E-MAIL**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
(Failla_NYSDChambers@nysd.uscourts.gov)

Re: **Tello v. Nichl Due Inc. d/b/a Polpette 71, et al.**
**Civil Case No.: 21-CV-5852 (KPF)**

Dear Judge Failla,

We represent Defendants Nichl Due Inc. and Nicholas Mormando (collectively, "Defendants") in the above-referenced action and submit this letter motion jointly with counsel to Plaintiff. The parties are pleased to report that a settlement has been reached in principle. As a result, and in accordance with Your Honor's Individual Rules, ¶ 2(D), the parties respectfully request that Your Honor stay all current litigation deadlines.

Respectfully

ELLENOFF GROSSMAN & SCHOLE LLP

/s/
Brian D. Polivy
Ilan Weiser

```
In light of the parties' above representation that they have reached a
settlement in this case, the parties are instructed to file their completed
settlement agreement along with a joint letter regarding the fairness of
the settlement agreement on or before December 2, 2021, for this Court's
review in accordance with the FLSA and Second Circuit law.  See, e.g.,
Cheeks v. Freeport Pancake House, 796 F. 3d 199 (2d Cir. 2015).

The Clerk of Court is directed to terminate all pending motions and adjourn
all remaining dates.
```

SO ORDERED.

```
Dated:  November 4, 2021
        New York, New York
```

{01036497.DOC.3}

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE