USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2021

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 1, 2021

**BY ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/01/2021

Re:   *Tello v. Nichl Due, Inc., et al.*
      *Case No. 21-CV-5852 (KHP)*

Dear Judge Parker,

    We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter, which has been assigned to Your Honor for all purposes. Pursuant to court order, the parties were directed to file their settlement agreement for approval by tomorrow. However, the parties remain in the process of memorializing the terms of their agreement. Accordingly, please accept this letter as plaintiff's request, with defendants' consent, for an extension of time – until December 16, 2021, to submit the necessary paperwork to the Court.

    We thank the Court for considering this application.

Respectfully submitted,

*/s/ Justin Cilenti*
Justin Cilenti

cc: Defense Counsel (by ECF)